UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julie Dermansky,

                Plaintiff,

-against-

Tango Publishing Corp.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2020

1:20-cv-00893 (VEC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, April 30, 2020 at 3:00 p.m. However, due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
               April 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge