```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julie Dermansky,

                      Plaintiff,

-against-

Tango Publishing Corp.,

                      Defendant.

1:20-cv-00893 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The telephonic settlement conference scheduled for April 30, 2020 is hereby adjourned until Tuesday, May 5, 2020 at 2:00 p.m.

**SO ORDERED.**

DATED:    New York, New York
              April 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge